AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. **1:24-MJ-00910** |
| ISAAC CORNELIO-CORNELIO | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____November 5, 2024_____ in the county of _____Hamilton_____ in the
___Southern___ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of Removed Aliens |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Piotr Swierk*
*Complainant's signature*

Piotr Swierk, ICE - Deportation Officer
*Printed name and title*

Sworn and subscribed to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1.

Date: **Nov 7, 2024**

*Stephanie K. Bowman*
*Judge's signature*

City and state:  Cincinnati, Ohio

Stephanie K. Bowman, United States Magistrate Judge
*Printed name and title*

<u>**A F F I D A V I T**</u>

I, Piotr Swierk, being duly sworn, do hereby depose and say:

1.  I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since September 2015.  Prior to working as a DO for ICE, I worked as an Immigration Enforcement Agent ("IEA") with ICE, from July 2011 to September 2015.  I am currently assigned to the Cincinnati Enforcement and Removal Operations Unit.

2.  This affidavit is made in support of a criminal complaint and arrest warrant for Isaac CORNELIO-CORNELIO ("CORNELIO-CORNELIO"), charging him with violating Title 8, United States Code, Sections 1326(a)(1): Illegal Alien Found in the United States Following Deportation.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

1

3.    On November 5, 2024, Cincinnati ICE officers encountered CORNELIO-CORNELIO during a traffic stop near Sharonville, Ohio conducted by the U.S. Immigration and Customs Enforcement Officers.  CORNELIO-CORNELIO was targeted by ICE after his recent OVI conviction.  Checks revealed that CORNELIO-CORNELIO was previously removed alien.  He was taken into custody and transported to the Cincinnati ICE office for processing.

a.    On January 4, 2023, CORNELIO-CORNELIO plead guilty to Operating a Vehicle While Intoxicated in Dearborn Superior Court 2, in Lawrenceburg, Indiana.  He was sentenced to 60 days in jail (Case # 15D02-2211-CM000582).

b.    On October 22, 2024, CORNELIO-CORNELIO was found guilty of Operating a Vehicle While Intoxicated in Mason Municipal Court, in Mason, Ohio.  He was sentenced to 180 days in jail (Case # TRC2403178).

4.    On November 5, 2024, I reviewed ICE computer indices for DHS A-File 201 393 885, which is maintained for the subject alien "CORNELIO-CORNELIO." The computer indices contain, among other things, the following information:

a.    Photographs of the alien subject to whom DHS A-File 201 393 885 corresponds.

2

b.    A copy of an executed Warrant of Removal/Deportation (Form I-205) indicating that CORNELIO-CORNELIO was officially removed/deported from the United States on or about October 1, 2019, through the Hidalgo Texas Port of Entry.  I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed/deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed Warrant of Removal/Deportation in CORNELIO-CORNELIO's A-File contains his photograph, signature, and fingerprint.

c.    Various documents, in addition to the Warrants of Removal/Deportation, indicating that CORNELIO-CORNELIO is a native and citizen of Mexico.  These documents include: (i) Removal Order from an Immigration Judge, dated September 23, 2019, ordering CORNELIO-CORNELIO removed to Mexico; and (ii) a sworn statement from CORNELIO-CORNELIO on November 5, 2024, stating that he was born in Mexico and is a citizen of Mexico.

5.    On November 5, 2024, I reviewed the printouts of ICE computer indices for CORNELIO-CORNELIO.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter

3

the United States.  The ICE computer indices confirmed that CORNELIO-CORNELIO had been removed and deported on the dates indicated on the Warrants of Removal/Deportation and the Notice to Alien Ordered Removed/Deported Verification found in CORNELIO-CORNELIO's DHS A-File.  The ICE computer indices further indicated that CORNELIO-CORNELIO had not applied for or obtained permission from the Attorney General of the United States or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since CORNELIO-CORNELIO had last been deported.

6.    Based on my review of CORNELIO-CORNELIO's case information, I determined that ICE computer indices does not contain any record of him ever applying for, or receiving permission from, the Attorney General of the United States or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in CORNELIO-CORNELIO's case information.

7.    Based on the foregoing facts, there is probable cause to believe that CORNELIO-CORNELIO has violated Title 8, United

4

States Code, Sections 1326(a)(1): Illegal Alien Found in the

United States Following Deportation.


_____
Piotr Swierk
Deportation Officer- ICE


Sworn and subscribed to before me by reliable electronic means,
specifically, FaceTime video conference, in accordance with Fed.
R. Crim. P. 4.1, on November 7____, 2024.


_____
HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

5