**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.  1:24-cr-00122** |
| **Plaintiff,** | : | |
| | : | **JUDGE DLOTT** |
| v. | : | **INFORMATION** |
| | : | |
| **ISAAC CORNELIO-CORNELIO,** | : | **8 U.S.C. § 1326(a)** |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |
| | : | |

FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 NOV 19  AM 9:39

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

**THE UNITED STATES ATTORNEY CHARGES**:

<u>**COUNT ONE**</u>
**(Reentry of Removed Alien)**

On or about November 5, 2024, in the Southern District of Ohio, the defendant, **ISAAC CORNELIO-CORNELIO**, an alien, was found in the United States of America at or near Sharonville, Ohio after having been previously denied admission, excluded, deported, and removed from the United States at or near Hidalgo, Texas on or about October 1, 2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto.

**In violation of 8 U.S.C. § 1326(a).**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*Kyle J. Healey*

**KYLE J. HEALEY**
**ASSISTANT UNITED STATES ATTORNEY**